JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VERONICA KATZ,

        Plaintiff,

v.

NELNET, INC; NELNET SERVICING
LLC., EQUIFAX INFORMATION
SERVICES, LLC.; EXPERIAN
INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC.,

        Defendants.

Case No.: 2:17-cv-05751-CBM-SS

**ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT
EQUIFAX INFORMAITON
SERVICES, LLC. [70]**

     Upon review of the Stipulation of Dismissal with Prejudice filed by Plaintiff

Veronica Katz and Defendant Equifax Information Services, LLC. ("Equifax"), and good

cause appearing,

     **IT IS ORDERED** that the Stipulation to Dismiss Equifax with prejudice, is

**GRANTED** with the parties to bear their own costs and attorneys' fees.

Dated: May 24, 2018

                            Honorable Consuelo B. Marshall
                            United States District Judge